FILED
United States Court of Appeals
Tenth Circuit

September 11, 2026

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff - Appellant,

v.

WALMART INC.,

Defendant - Appellee.

No. 26-3081
(D.C. No. 2:23-CV-02395-TC)
(D. Kan.)

---

**ORDER**

---

Before **HOLMES**, Chief Circuit Judge.

---

This matter is before the court *sua sponte* to appoint counsel to file a brief in a friend-of-the-court capacity. The parties' positions on the merits of this appeal are aligned; both Appellant and Appellee ask this court to vacate the district court's order and remand this case with instructions for the district court to enter the parties' consent decree.

The court has determined that consideration of the merits of this appeal would benefit from full adversarial presentation regarding the district court's refusal to enter the parties' consent decree. Accordingly, attorney Anthony R. Guttman of Washington, DC

is appointed[1] to file a brief advocating affirmance of the district court's decision. Mr. Guttman's brief shall be filed and served within 45 days of the date of this order and shall comply with all federal and local rules governing the form and content of merits briefs on appeal.

All future filings in connection with this appeal will be served on Mr. Guttman in addition to counsel for Appellant and counsel for Appellee. Mr. Guttman shall file an entry of appearance within ten days of the date of this order.

Entered for the Court,

Per Curiam

[1] This appointment is in a friend-of-the-court capacity; Mr. Guttman is not appointed to represent any party to this appeal. This appointment is limited to proceedings before this court.